**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Ohio

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. **Debtor's name** | S&G Hospitality, Inc. | |

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

47-2894566

4. **Debtor's address**

**Principal place of business**

Number    Street

City    State    ZIP Code

County

**Mailing address, if different from principal place of business**

7500 Vantage Drive

Number    Street

P.O. Box

Columbus    OH    43235

City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City    State    ZIP Code

5. **Debtor's website** (URL)

None

6. **Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | S&G Hospitality, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

7211

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                        MM / DD / YYYY

      District _____ When _____ Case number _____
                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor Buckeye Lodging LLC    Relationship Subsidiary

       District S.D. Ohio    When _____
                                  MM / DD / YYYY

       Case number, if known _____

| Debtor | S&G Hospitality, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

_____

City                              State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | S&G Hospitality, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/18/2023
              MM  / DD / YYYY

✘ /s/ Abijit Vasani
Signature of authorized representative of debtor

Abijit Vasani
Printed name

Title  President

**18. Signature of attorney**

✘ /s/ David Beck
Signature of attorney for debtor

Date  08/18/2023
       MM   / DD / YYYY

David Beck
Printed name

Carpenter Lipps LLP
Firm name

280 N. High St., Suite 1300
Number     Street

Columbus
City

OH
State

43215
ZIP Code

614-365-4142
Contact phone

beck@carpenterlipps.com
Email address

0072868
Bar number

OH
State

---

S&G Hospitality, Inc.

| Debtor | | | | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

**Lancaster            S.D. Ohio
Hospitality LLC**

**Sunburst Hotels LLC  S.D. Ohio**

**United States Bankruptcy Court**

IN RE:                                                           Case No._____

S&G Hospitality, Inc.
_____ Chapter _____

Chapter ___11___

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Abijit Vasani<br>5955 E. Dublin Granville Rd., New Albany, OH 43054 | 100 | Common stockholder |

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name ___S&G Hospitality, Inc._____

United States Bankruptcy Court for the: ___Southern District of Ohio_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Itria Ventures LLC One Penn Plaza 3101 New York, NY | | Monies Loaned / Advanced | Disputed Unliquidated | | | 1,340,200.00 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    S&G Hospitality, Inc._____   Case number (*if known*)_____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

United States Bankruptcy Court

Southern District of Ohio

In re:   S&G Hospitality, Inc.

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____08/18/2023_____

/s/ Abijit Vasani
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

## ACTIONS TAKEN BY THE DIRECTORS
## OF
## S&G HOSPITALITY

The undersigned, being all of the directors (the "**Directors**") of S&G Hospitality, Inc., an Ohio corporation (the "**Company**"), do hereby take and adopt the following actions, in writing without a meeting, pursuant to Section 1701.54 of the Ohio Revised Code and Section 3.10 of the Code of Regulations of the Company, effective as of August 16, 2023:

**WHEREAS**, the Company is the sole member and manager of: (1) Sunburst Hotels, LLC, an Ohio limited liability company ("**Sunburst**"); (2) Buckeye Lodging, LLC, an Ohio limited liability company ("**Buckeye**"); and (3) Lancaster Hospitality, LLC, an Ohio limited liability company ("**Lancaster**" Lancaster, Buckeye, and Sunburst are each referred to herein as a "**Subsidiary**" and collectively as the "**Subsidiaries**"); and

**WHEREAS**, the Company, through its directors, deems it advisable and in the best interests of the Company, its creditors, and all parties in interest to seek protection under Chapter 11 of Title 11 of the United States Code ("**Bankruptcy Code**"), and to employ competent professional assistance to guide the Company through the bankruptcy process.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the Company be, and hereby is, authorized to file a petition for relief under the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Ohio (the "**Bankruptcy Proceeding**") and to seek that relief through the provisions of Chapter 11 of the Bankruptcy Code.

**FURTHER RESOLVED**, that Abhijit S. Vasani, as President of the Company, is hereby authorized to execute and file on behalf of the Company any and all petitions for relief, papers, and other documents which are proper and necessary to initiate the Bankruptcy Proceeding, together with any and all other papers and documents incidental thereto. The execution of any document by Abhijit S. Vasani as President shall legally bind the Company.

**FURTHER RESOLVED**, that the Company be, and hereby is, authorized to retain the law firm of Carpenter Lipps LLP as legal counsel (and any other legal counsel or consultants) to represent the Company in connection with the Bankruptcy Proceeding.

**FURTHER RESOLVED,** that the officers of the Company, be and hereby are, authorized to execute on behalf of the Company, and take such other actions in support of the Bankruptcy Proceeding and in furtherance of these Resolutions which are necessary and proper.

**FURTHER RESOLVED**, that Abhijit S. Vasani, as President of the Company, which is the sole and managing member of each of Sunburst, Buckeye, and Lancaster, is hereby authorized as the managing member and in the name of and on behalf of each Subsidiary, to file on behalf of each Subsidiary, any and all petitions for relief, papers, and other documents which are proper and necessary to initiate the Bankruptcy Proceeding, together with any and all other papers and

documents incidental thereto. The execution of any document by Abhijit S. Vasani as President, and the sole managing member of each Subsidiary shall bind each Subsidiary, as applicable.

**FURTHER RESOLVED,** that all actions previously taken or that will be taken by Abhijit S. Vasani, the officers, employees, and agents on behalf of the Company in connection with or related to the matters set forth in or reasonably contemplated by the foregoing Resolutions be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

**IN WITNESS WHEREOF**, the undersigned, being all the directors of the Company, hereby indicate in writing their authorization and approval of, and consent to, the foregoing actions and resolutions without a meeting, to be effective as of the date first written above.

**DIRECTORS:**

_____
Abhijit S. Vasani, Director

_____
Lori Wren, Independent Director