**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Mina Nami Khorrami*
Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: August 21, 2023**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:23-bk-52859 |
| | ) |
| S&G HOSPITALITY, INC., *et al.*,[1] | ) Chapter 11 |
| | ) |
| | ) Judge Mina Nami Khorrami |
| Debtors. | ) |
| | ) (Joint administration proposed) |

**ORDER SCHEDULING EXPEDITED HEARINGS ON FIRST DAY MOTIONS AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF [RE: DOC. NO. 12]**

Upon the motion (the "**Motion**") of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order (this "Order"), pursuant to section 105 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9073-1 of the Local Rules Bankruptcy Rules for the Southern District of Ohio (the "**Local Rules**"), (a) scheduling expedited hearings on first day motions (the "**First Day Motions**") and (b) approving the form and manner of notice thereof, all as more fully set forth in the Motion; and upon the

---

[1] The Debtors and the last four digits of their federal tax identification numbers are as follows:  S&G Hospitality, Inc. (4566), Buckeye Lodging, LLC (6047), Lancaster Hospitality, LLC (8830), and Sunburst Hotels, LLC (0374). The Debtors' headquarters is located at 7500 Vantage Drive, Columbus, Ohio 43235.

First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended General Order 05-02* from the United States District Court for the Southern District of Ohio; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1. The Motion is granted as set forth in this Order;

2. The First Day Motions shall be heard on **August 22, 2023 at 2:00 pm**, prevailing Eastern Time, at the United States Bankruptcy Court, Fifth Floor Courtroom A, 170 North High Street, Columbus, Ohio 43215.

3. The Debtors shall serve a copy of the First Day Motions, this Order and the *Notice of Emergency Hearings on Certain First Day Motions and Applications* shall be served via email and overnight delivery to be received by the 20 largest unsecured creditors for each Debtor, all secured creditors, and utility providers. If email delivery is not possible, then overnight delivery is sufficient.

4. The Debtors or their counsel shall also notify the Office of the United States Trustee and all secured creditors by telephone of the expedited hearing.

5. The Debtors will file a Certificate of Service with the Court showing the date and method of service to demonstrate compliance with the service requirements set forth herein.

IT IS SO ORDERED.

SUBMITTED BY:

Respectfully submitted,

 /s/ David A. Beck
David A. Beck (0072868)
Steven A. Oldham (0080876)
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile:  (614) 365-9145
E-mail: beck@carpenterlipps.com
E-mail:  oldham@carpenterlipps.com

PROPOSED COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION


Service List: Default Plus Top 20