**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **In re:** ) | **Case No. 23-bk-52859** |
| ) | |
| **S&G HOSPITALITY, INC.,** *et al.*,[1] ) | **Chapter 11** |
| ) | |
| ) | **Judge Nami Khorrami** |
| **Debtors.** ) | |
| ) | |

**NOTICE OF MOTION OF DEBTORS AND DEBTORS
IN POSSESSION FOR ENTRY OF A UNIFORM PROTECTIVE
ORDER FOR THE PRODUCTION OF CONFIDENTIAL INFORMATION**

The above captioned debtors and debtors in possession (collectively, the "**Debtors**"), have filed papers with the Court to obtain entry of a uniform protective for production of confidential information.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Debtors' motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion**, you must file with the Court a response explaining your position by filing a response using the court's ECF System or by mailing your response by first class mail to:

> Richard B. Jones
> Clerk of Court
> U.S. Bankruptcy Court
> Southern District of Ohio
> Columbus Divisional Office
> 170 N. High Street
> Columbus, OH 43215

The Court must **receive** your response on or before the above date.

You must also mail or hand-deliver a copy of your response to:

> S&G Hospitality, Inc.
> Attn: Abhijit Vasani
> 7500 Vantage Drive,
> Columbus, Ohio 43235

---

[1] The Debtors and the last four digits of their federal tax identification numbers are as follows: S&G Hospitality, Inc. (4566), Buckeye Lodging, LLC (6047), Lancaster Hospitality, LLC (8830), and Sunburst Hotels, LLC (0374). The Debtors' headquarters is located at 7500 Vantage Drive, Columbus, Ohio 43235.

1

David A. Beck
Carpenter Lipps LLP
280 N. High Street
Suite 1300
Columbus, Ohio 43215

Pamela D. Arndt
Office of the United States Trustee
170 N. High Street, Suite 200
Columbus, Ohio 43215

If an objection is filed, the Debtors will request a hearing be set on this motion. If the Court sets a hearing on your response/request, you must also attend the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice**.

Dated: September 20, 2023          Respectfully submitted,

 */s/ David A. Beck*
David A. Beck (0072868)
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
E-mail: beck@carpenterlipps.com

PROPOSED COUNSEL FOR
DEBTORS AND DEBTORS IN
POSSESSION