**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: August 23, 2024**

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 2:23-bk-52859 |
| | ) | |
| S&G HOSPITALITY, INC., et al. | ) | Judge Nami Khorrami |
| | ) | |
| Debtors. | ) | Chapter 11 (Jointly Administered) |
| | ) | |

**STIPULATION AND AGREED ORDER BETWEEN DEBTORS AND RSS COMM2015-PC1 – OH BL, LLC'S CONTINUING THE HEARING ON THE MOTION TO DISMISS [RELATED DOC. NOS. 266 AND 267]**

This matter came before the Court on the Motion to Dismiss [Docket No. 266] (the "**Motion**") filed by RSS COMM2015-PC1 – OH BL, LLC (the "**Lender**") and the Notice of Hearing setting this matter for August 22, 2024 [Docket No. 267] (the "**Hearing**"). Debtors and the Lender have requested that the Hearing be continued in order for all issues relating to the Motion to be raised at the Hearing. Based upon an agreement of counsel and for good cause shown, it is hereby ORDERED that:

(I) The Hearing shall be reset for September 12, 2024 at 10:00 am before this Court.

(II) Debtors shall file their plan with this Court on or before August 30, 2024.

(III)   Debtors shall file their response in opposition to the Motion on or before September 3, 2024.

(IV)   Lender shall file its reply memorandum in further support of its Motion on or before September 9, 2024.

(V)   This Order shall be, and hereby is, effective immediately upon its entry.

**SO ORDERED AGREED AND APPROVED:**

| | |
|---|---|
| */s/ Tami Hart Kirby (by DB per email auth.)* | */s/ David A. Beck* |
| Tami Hart Kirby, Esq. (#0078473) | David A. Beck (0072868) |
| Porter Wright Morris & Arthur LLP | **CARPENTER LIPPS LLP** |
| One South Main Street, Suite 1600 | 280 Plaza, Suite 1300 |
| Dayton, OH 45402-2028 | 280 North High Street, Suite 1300 |
| Telephone: (937) 449-6721 | Columbus, Ohio 43215 |
| Facsimile: (937) 449-6820 | Telephone: (614) 365-4100 |
| E-mail: tkirby@porterwright.com | Facsimile: (614) 365-9145 |
| | Email: beck@carpenterlipps.com |
| *Counsel to* RSS COMM2015-PC1 – OH BL, LLC | *Counsel to the Debtors* |

Copies to:   Default List

Daniel M. Eliades, Esq.
David S. Catuogno, Esq.
K&L Gates LLP
One Newark Center, 10th Floor
1085 Raymond Blvd.
Newark, New Jersey 07102