**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: February 3, 2025**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| *In re:* | : | |
| S&G Hospitality, Inc., *et al.*,[1] | : | Case No. 23-52859 |
| | : | Chapter 11 |
| *Debtor.* | : | Judge Nami Khorrami |

---

### ORDER SETTING HEARING ON APPROVAL OF THE DISCLOSURE STATEMENT AND NOTICE THEREOF (DOC. #364)

---

Before the Court is the *Disclosure Statement for First Amended Joint Plan of Reorganization of S&G Hospitality, Inc. and Its Debtor Subsidiaries* (Doc. #364) (the "Disclosure Statement"), filed on January 31, 2025 and the *First Amended Joint Plan of Reorganization of S&G Hospitality, Inc. and Its Debtor Subsidiaries* (Doc. #361) (the "Plan"), filed by Debtors (the "Plan Proponent") on January 27, 2025.

---

[1] The Debtors and the last four digits of their federal tax identification numbers are as follows:  S&G Hospitality, Inc. (4566), Buckeye Lodging, LLC (6047), Lancaster Hospitality, LLC (8830), and Sunburst Hotels, LLC (0374). The Debtors' headquarters is located at 7500 Vantage Drive, Columbus, Ohio 43235.

**IT IS HEREBY ORDERED AND NOTICE IS GIVEN THAT:**

1.      Disclosure Statement Hearing. A hearing on approval of the Disclosure Statement (the "Disclosure Statement Hearing") shall be held on **March 13, 2025** at **1:00 p.m.** before Judge Mina Nami Khorrami in the United States Bankruptcy Court, Courtroom C, Fifth Floor, 170 North High Street, Columbus, OH 43215.  For cause shown, the hearing may be continued from time to time by order made in open court without further written notice.

2.      Service of Disclosure Statement, Plan, and this Order and Notice.  Not later than **February 4, 2025** the Plan Proponent shall mail a copy of this Order and notice to all creditors and parties in interest.  Further, by not later than **February 4, 2025** the Plan Proponent shall mail a copy of the Disclosure Statement and the Plan, pursuant to Federal Rule of Bankruptcy Procedure 3017, to the debtor, any trustee or committee appointed under the Code, the Securities and Exchange Commission, and any party in interest who requests in writing a copy of the Disclosure Statement and/or the Plan, and the United States Trustee.  Not later than **February 4, 2025**, the Plan Proponent shall file a certificate of service evidencing compliance with this paragraph.

3.      Requests for Copies.  Requests for copies of the Disclosure Statement or the Plan should be directed to the attorney for the Plan Proponent: David Alan Beck, Carpenter Lipps LLP, 280 North High Street, Suite 1300, Columbus, OH  43215.

4.      Deadline to Object to Disclosure Statement.  Objections to the Disclosure Statement shall be filed with the Court not later than **4:00 p.m. on March 6, 2025** (the "Objection Deadline").  Objections or proposed modifications to the Disclosure Statement must be in writing, and: (a) state with particularity the legal and factual grounds of any objection or proposed modification; (b) provide, where applicable, the specific text that the objecting party believes to be appropriate to insert into the Disclosure Statement; and (c) be filed, together with proof of service, with this Court and served upon the Plan Proponent such as to be actually received on or before the Objection Deadline.  Any timely objection to or requests to modify the Disclosure Statement will be considered at the Disclosure Statement Hearing.

        **IT IS SO ORDERED.**

Copies to:

Default List